Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
LundbergECFmail@lundbergfirm.com

Attorneys for LaSalle Bank National Association
L&A Case No. 09-83910

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: | Bankruptcy No. 10-31661 RKM |
|---|---|
| Bryan Wayne Toone and JoLynne Toone, | (a Chapter 7 case) |
| Debtors. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates enters an appearance on behalf of LaSalle Bank National Association, as Trustee, its successor and assigns to include Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for the holders of Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2004-CL1 ("Creditor"), a secured creditor in the above-referenced bankruptcy. Wells Fargo Bank presently services this loan. Please add the following to the mailing matrix:

        Mark Middlemas
        Lundberg & Associates
        3269 South Main Street, Suite 100
        Salt Lake City, UT  84115

DATED: September 7, 2010.

        LUNDBERG & ASSOCIATES


        By_____/s/_____
        Mark S. Middlemas
        Attorneys for Creditor

## CERTIFICATE OF NOTIFICATION

I certify that on September 7, 2010 I sent a copy of the foregoing Appearance of Counsel, electronically or by first class mail, to each of the following:

        Bryan Wayne Toone
        JoLynne Toone
        179 West Paxton Avenue
        Salt Lake City, UT 84101
            Pro Se Debtors


        _____/s/_____
        Mark S. Middlemas